**Order entered January 17, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01256-CV

### DEANNA AI LEE, Appellant

### V.

### KEVIN DUC NGUYEN, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-22786**

## ORDER

Before the Court is appellant's January 14, 2019 motion to abate appeal or, alternatively, motion to extend the time to file a brief. Appellant seeks to abate the appeal to allow the trial court to file findings of fact and conclusions of law that were timely requested. *See* TEX. R. CIV. P. 298. We **GRANT** the motion.

We **ORDER** the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court, to make written findings of fact and conclusions of law **WITHIN TWENTY DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **WITHIN TWENTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law.

Appellant shall file her brief **WITHIN THIRTY DAYS** of the date the trial court files its written findings of fact and conclusions of law.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Cooks, Ms. Pitre, and all parties.

We **ABATE** this appeal to allow Judge Cooks to comply with this order. The appeal will be reinstated in thirty days or when the supplemental clerk's record is filed, whichever occurs sooner.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE